

United States District Court

Eastern District of California

| | |
|---|---|
| Malek Jean Kalayli | Case Number: 2:25-cv-03542-JDP |
| Plaintiff(s) | |
| V. | |
| USCIS Sacramento Field Office | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Vano I Haroutunian hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Malek Jean Kalayli

On 11/09/2005 (date), I was admitted to practice and presently in good standing in the Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

✔ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

2:25-cv-02117-DC-SCR  Bakin Construction et al v. Allen

PHV application filed on 10/06/2025 and GRANTED on 10/14/2025

Date: 12/08/2025          Signature of Applicant: /s/ Vano I Haroutunian

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Vano I Haroutunian |
| Law Firm Name: | BALLON STOLL P.C. |
| Address: | 810 7th Ave, Suite 405 |
| City: | New York  State: NY  Zip: |
| Phone Number w/Area Code: | (212) 575-7900 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | vharoutunian@ballonstoll.com |
| Secondary E-mail Address: | rec@ballonstoll.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thomas J. Baker |
| Law Firm Name: | Capital Gateway Immigration APLC |
| Address: | 1600 Sacramento Inn Way Suite 228 |
| City: | Sacramento  State: CA  Zip: 95815 |
| Phone Number w/Area Code: | (916) 447-8975  Bar # 279638 |

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 9, 2025

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE